**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF PUERTO RICO

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

---

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy
12/15

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** <br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Jorge** <br> First name <br><br> Middle name <br><br> **Azize Ortiz** <br> Last name and Suffix (Sr., Jr., II, III) | First name <br><br> Middle name <br><br> Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** <br> Include your married or maiden names. |  |  |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-6523** |  |

Debtor 1 __Jorge Azize Ortiz__                                  Case number *(if known)* _____

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

About Debtor 1:

■ I have not used any business name or EINs.

_____
Business name(s)

_____
EINs

About Debtor 2 (Spouse Only in a Joint Case):

☐ I have not used any business name or EINs.

_____
Business name(s)

_____
EINs

**5.** **Where you live**

**Urb. Mallorca**
**U-10, Calle California**
**Guaynabo, PR 00969**
Number, Street, City, State & ZIP Code

**Guaynabo**
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

**PO BOX 1830**
**Caguas, PR 00726-1830**
Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

_____
Number, Street, City, State & ZIP Code

_____
County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

Check one:

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Check one:

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1    **Jorge Azize Ortiz**                                           Case number *(if known)*

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |

**7.    The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8.    How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.    Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| District | When | Case number |
|----------|------|-------------|
| District | When | Case number |
| District | When | Case number |

**10.    Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| Debtor | | Relationship to you |
|--------|------|---------------------|
| District | When | Case number, if known |
| Debtor | | Relationship to you |
| District | When | Case number, if known |

**11.    Do you rent your residence?**

■ No.    Go to line 12.
☐ Yes.

Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1    Jorge Azize Ortiz          Case number *(if known)*

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No.    Go to Part 4.

☑ Yes.    Name and location of business

**JORGE AZIZE ORTIZ**
Name of business, if any

**PO BOX 1830**
**Caguas, PR 00726-1830**
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☑ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

☐ No.    I am not filing under Chapter 11.

☑ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.

What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Number, Street, City, State & Zip Code

Debtor 1    Jorge Azize Ortiz                                                                   Case number *(if known)*_____

| **Part 5:** | Explain Your Efforts to Receive a Briefing About Credit Counseling |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

You must check one:

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

You must check one:

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    Jorge Azize Ortiz                                          Case number *(if known)* _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts _____

---

**17. Are you filing under Chapter 7?**

■ No.    I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

_Jorge Azize Ortiz_
**Jorge Azize Ortiz**
Signature of Debtor 1

Signature of Debtor 2

Executed on   **07/04/2016**
              MM / DD / YYYY

Executed on   _____
              MM / DD / YYYY

Debtor 1   **Jorge Azize Ortiz**

Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

Date   07/04/2016
       MM / DD / YYYY

Signature of Attorney for Debtor

**ALEXIS FUENTES-HERNANDEZ**
Printed name

**FUENTES LAW OFFICES**
Firm name

**PO BOX 9022726**
**San Juan, PR 00902-2726**
Number, Street, City, State & ZIP Code

Contact phone   **787-722-5215**           Email address   **ALEX@FUENTESLAW.COM**

**USDC-PR 217201**
Bar number & State

---

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Jorge Azize Ortiz | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**  List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

Unsecured claim

**1**

ASOC DE CONDOMINES LUQUILLO
VILLA HUCAR
A 10 CALLE HUCAR
San Juan, PR 00926-6818

What is the nature of the claim?   HOMEOWNERS' ASSOCIATION FEES

$ $4,800.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)      $
      Value of security:      - $
      Unsecured claim      $

Contact

Contact phone

**2**

BANCO POPULAR DE PUERTO RICO
BANKRUPTCY DEPARTMENT
GPO BOX 366818
San Juan, PR 00936

What is the nature of the claim?   UNSECURED PORTION OF MORTGAGE LOAN

$ $12,980.38

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
☐ No

B104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 1

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Jorge Azize Ortiz** | Case number *(if known)* | |
|---|---|---|---|

Contact

787 724 3650
Contact phone

■ Yes. Total claim (secured and unsecured) | $ $157,980.38

Value of security: | - $ $145,000.00
Unsecured claim | $ $12,980.38

---

**3**

BANCO POPULAR DE PUERTO RICO
BANKRUPTCY DEPARTMENT
GPO BOX 366818
San Juan, PR 00936

What is the nature of the claim? | UNSECURED PORTION OF MORTGAGE LOAN | $ $99,961.51

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
☐ No

Contact

787 724 3650
Contact phone

■ Yes. Total claim (secured and unsecured) | $ $199,961.51

Value of security: | - $ $100,000.00
Unsecured claim | $ $99,961.51

---

**4**

BANCO POPULAR DE PUERTO RICO
BANKRUPTCY DEPARTMENT
GPO BOX 366818
San Juan, PR 00936

What is the nature of the claim? | SECOND MORTGAGE ON FORECLOSED PROPERTY | $ $38,761.90

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No

Contact

787 724 3650
Contact phone

☐ Yes. Total claim (secured and unsecured) | $

Value of security: | - $
Unsecured claim | $

---

**5**

C CONDE AND ASSOC
254 SAN JOSE STREET
SUITE 5
San Juan, PR 00901-1523

What is the nature of the claim? | LEGAL SERVICES | $ $59,790.69

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No

Contact

787 729 2900

☐ Yes. Total claim (secured and unsecured) | $

Value of security: | - $

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Jorge Azize Ortiz** | Case number (if known) |
|---|---|---|

| Contact phone | Unsecured claim | $ |
|---|---|---|

---

**6**

**CENTRAL CREDIT CORP**
PO BOX 361958
San Juan, PR 00936-1958

What is the nature of the claim?     **INSURANCE POLICIES FINANCING AGREEMENT**     $ $15,152.76

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)     $

Contact

**787 622 8555**
Contact phone

Value of security:     - $
Unsecured claim     $

---

**7**

**COOP DE SEGUROS MULTIPLES**
PO BOX 363846
San Juan, PR 00936

What is the nature of the claim?     **BOND CLAIM - ELECTRIC POWER SERVICES**     $ $20,000.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)     $

Contact

**787 622 8585**
Contact phone

Value of security:     - $
Unsecured claim     $

---

**8**

**CORDERO AND VARGAS CPA PSC**
PO BOX 2010
Caguas, PR 00726

What is the nature of the claim?     **ACCOUNTING SERVICES**     $ $3,225.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)     $

Contact

**787 747 0022**
Contact phone

Value of security:     - $
Unsecured claim     $

---

**9**

What is the nature of the claim?     **HOMEOWNERS'**     $ $1,756.25

---

B 104 (Official Form 104)     For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     Page 3

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1   **Jorge Azize Ortiz**                                  Case number *(if known)*

ASSOCIATION FEES

**COSTA LUQUILLO**
**PO BOX 1717**
**Luquillo, PR 00773**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)      $
Contact                                                    Value of security:            - $
Contact phone                                              Unsecured claim               $

---

**10**

**LCDO PEDRO A LLOVET**
**URB CARIBE NUM 1581**
**CALLE CAVALIERI  SUITE NUM 1**
**San Juan, PR 00927**

What is the nature of the claim?   **LEGAL SERVICES**   $ 19,255.93

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)      $
Contact                                                    Value of security:            - $
Contact phone                                              Unsecured claim               $

---

**11**

**LPCG HOMEOWNERS ASSOC INC**
**CO LCDO. REINALDO CINTRON**
**PO BOX 4133**
**Bayamon, PR 00958-0734**

What is the nature of the claim?   **COLLECTION OF MONEY CIVIL NUM. CM2014-0492**   $ 4,394.99

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**LCDO REINALDO CINTRON**

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)      $
Contact                                                    Value of security:            - $
Contact phone                                              Unsecured claim               $

---

**12**

**MILTON FLORES Y ASOCIADOS CSP**
**CONDADO MODERNO**
**CALLE NUM 1  B 6**
**Caguas, PR 00725**

What is the nature of the claim?   **APPRAISAL SERVICES**   $ 11,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

B 104 (Official Form 104)      For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      Page 4

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor 1   **Jorge Azize Ortiz**_____   Case number *(if known)*_____

■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $_____

Value of security:   - $_____
Unsecured claim   $_____

Contact

**787 743 8383**
Contact phone

---

**13**

**MOREDA AND MOREDA**
PO BOX 366066
San Juan, PR 00936-6066

**What is the nature of the claim?**   LEGAL SERVICES   $ $45,546.45

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $_____

moredalaw@gmail.com
Contact

Value of security:   - $_____
Unsecured claim   $_____

**787-754-6290**
Contact phone

---

**14**

**MUNICIPIO AUTONOMO DE
CAGUAS**
APARTADO 907
Caguas, PR 00726

**What is the nature of the claim?**   MUNICIPAL TAXES
(PATENT)   $ $5,034.91

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $_____

Contact

Value of security:   - $_____
Unsecured claim   $_____

**787 744 8833**
Contact phone

---

**15**

**ORIENTAL BANK**
PO BOX 195115
San Juan, PR 00919-5115

**What is the nature of the claim?**   CREDIT CARD   $ $7,671.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $_____

Contact

Value of security:   - $_____

---

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 5

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   Jorge Azize Ortiz                                    Case number *(if known)* _____

787 620 0000                                            Unsecured claim                    $ _____
Contact phone

---

| 16 | | | |
|----|--|--|--|

ORIENTAL BANK
PO BOX 195115
San Juan, PR 00919-5115

What is the nature of the claim?   CREDIT CARD            $ **$44,874.16**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)      $ _____

Contact

787 620 0000                                            Value of security:                - $ _____
Contact phone                                           Unsecured claim                   $ _____

---

| 17 | | | |
|----|--|--|--|

SCOTIABANK
250 ROYALL STREET
Canton, MA 02021

What is the nature of the claim?   CREDIT CARD            $ **$22,087.46**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)      $ _____

Contact

787 766 4999                                            Value of security:                - $ _____
Contact phone                                           Unsecured claim                   $ _____

---

| 18 | | | |
|----|--|--|--|

SELECT PORTFOLIO SERVICING
INC
PO BOX 65250
Salt Lake City, UT 84165-0250

What is the nature of the claim?   UNSECURED PORTION OF MORTGAGE LOAN            $ **$241,340.55**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
☐ No
■ Yes. Total claim (secured and unsecured)      $ **$466,340.55**

Contact

1 800 258 8602                                          Value of security:                - $ **$225,000.00**
Contact phone                                           Unsecured claim                   $ **$241,340.55**

---

| 19 | | | |
|----|--|--|--|

What is the nature of the claim?   TORT AND DAMAGES CIVIL NUM. KAC            $ **$87,344.47**

---

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 6

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor 1  **Jorge Azize Ortiz**                                              Case number *(if known)* _____

                                                                                    2006-8539 (903)                    _____

■ **SHANNANS PUB CORPORATION**
  **420 PONCE DE LEON AVE**
  **SUITE 309**
  **San Juan, PR 00918-3403**

**As of the date you file, the claim is:** Check all that apply
■  Contingent
■  Unliquidated
■  Disputed
☐  None of the above apply

**Does the creditor have a lien on your property?**
■  No
☐  Yes. Total claim (secured and unsecured)   $ _____
_____                                              Value of security:   - $ _____
Contact                                                       Unsecured claim        $ _____
_____
Contact phone

| 20 | **USAA**
10750 MCDERMOTT FWY
San Antonio, TX 78288-0570 |

**What is the nature of the claim?**   **CREDIT CARD**  $ **$7,908.14**

**As of the date you file, the claim is:** Check all that apply
☐  Contingent
☐  Unliquidated
☐  Disputed
■  None of the above apply

**Does the creditor have a lien on your property?**
■  No
☐  Yes. Total claim (secured and unsecured)   $ _____
_____                                              Value of security:   - $ _____
Contact                                                       Unsecured claim        $ _____
_____
Contact phone

---

| **Part 2:** | **Sign Below** |

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _____          X _____
  **Jorge Azize Ortiz**                         Signature of Debtor 2
  Signature of Debtor 1

Date  07/04/2016                              Date _____

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims                    Page 7

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jorge Azize Ortiz** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____          X _____

**Jorge Azize Ortiz**                          Signature of Debtor 2
Signature of Debtor 1

Date   07/04/2016                              Date _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jorge Azize Ortiz** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:   Summarize Your Assets**

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B...................................................... $    8,727,000.00

   1b. Copy line 62, Total personal property, from Schedule A/B........................................ $    63,936.33

   1c. Copy line 63, Total of all property on Schedule A/B.................................................... $    8,790,936.33

**Part 2:   Summarize Your Liabilities**

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*... $    8,539,447.94

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... $    5,034.91

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.......................... $    395,077.95

   **Your total liabilities** $    8,939,560.80

**Part 3:   Summarize Your Income and Expenses**

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*.................................................... $    0.00

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*............................................................ $    0.00

**Part 4:   Answer These Questions for Administrative and Statistical Records**

6. Are you filing for bankruptcy under Chapters 7, 11, or 13?
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. What kind of debt do you have?

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum          Summary of Your Assets and Liabilities and Certain Statistical Information          page 1 of 2

Debtor 1   __Jorge Azize Ortiz__                                    Case number *(if known)*_____

8.   **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.    $ _____

9.   Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

|  | | Total claim |
|---|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | | |
| 9a. Domestic support obligations (Copy line 6a.) | $ | 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ | 5,034.91 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ | 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ | 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ | 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ | 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ | 5,034.91 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

JORGE AZIZE ORTIZ
PO BOX 1830
CAGUAS, PR 00726-1830

ASOC DE RESIDENTES PEMS INC
PO BOX 270380
SAN JUAN, PR 00928

CRIM
BANKRUPTCY DEPT
PO BOX 195387
SAN JUAN, PR 00919-5387

ALEXIS FUENTES-HERNANDEZ
FUENTES LAW OFFICES
PO BOX 9022726
SAN JUAN, PR 00902-2726

BANCO POPULAR DE PUERTO RICO
BANKRUPTCY DEPARTMENT
GPO BOX 366818
SAN JUAN, PR 00936

EXTRA BABY FOOD CENTER IN
URB CAGUAS NORTE
CALLE NEBRASKA U 16
CAGUAS, PR 00725

3STAR GROUP CORP
PO BOX 1830
CAGUAS, PR 00726

C CONDE AND ASSOC
254 SAN JOSE STREET
SUITE 5
SAN JUAN, PR 00901-1523

ISMAEL MOLINA NIEVES
URB VILLA DEL CARMEN
AVE LUIS MUNOZ MARIN B-1
CAGUAS, PR 00725

ABDIEL GONZALEZ RIOS
PO BOX 68
VEGA ALTA, PR 00692

CENTRAL CREDIT CORP
PO BOX 361958
SAN JUAN, PR 00936-1958

JAIME RIVERA ORTIZ
PO BOX 1374
GURABO, PR 00778

ADT SECURITY SERVICES
PO BOX 650485
DALLAS, TX 75265-0489

CESAR CARRION
CALLE UCAR 3502
HACIENDA BORINQUEN
CAGUAS, PR 00725

JIMMY CLAUDIO ARROYO
BO JAGUAL SECTOR EL SALTO
KM 6-6
SAN LORENZO, PR 00754

ALEX FIGUEROA ORTIZ
URB ARBOLADA
CALLE LAUREL SABINO B 2
CAGUAS, PR 00726

CITIMORTGAGE
PO BOX 689196
DES MOINES, IA 50368-9196

JONATAN RAMOS SANTANA
URB EL ENCANTO
CALLE CINDIA J 11
JUNCOS, PR 00777

ANDERSON FINANCIAL SERVICES OF PROPCDE SEGUROS MULTIPLES
3440 PRESTON RIDGE RD
SUITE 500
ALPHARETTA, GA 30005

COOP DE SEGUROS MULTIPLES
PO BOX 363846
SAN JUAN, PR 00936-3846

JUAN CARLOS CRUZ PAGAN
URB VILLA DEL CARMEN
CALLE ARECIBO M 4
CAGUAS, PR 00725

ANGELINA DIAZ RESTO
HC 04 BOX 45554
CAGUAS, PR 00725-9614

CORDERO AND VARGAS CPA PSC
PO BOX 2010
CAGUAS, PR 00726

JUM RONG YE
PORTICOS DE CUPEY
APTO 13102
SAN JUAN, PR 00926

ASOC DE CONDOMINES LUQUILLO
VILLA HUCAR
A 10 CALLE HUCAR
SAN JUAN, PR 00926-6818

COSTA LUQUILLO
PO BOX 1717
LUQUILLO, PR 00773

LCDO PEDRO A LLOVET
URB CARIBE NUM 1581
CALLE CAVALIERI  SUITE NUM 1
SAN JUAN, PR 00927

LPCG HOMEOWNERS ASSOC INC
CO LCDO. REINALDO CINTRON
PO BOX 4133
BAYAMON, PR 00958-0734

ORIENTAL BANK
PO BOX 195115
SAN JUAN, PR 00919-5115

SYLVIA ESTELA MALDONADO R
URB MIRADOR BAIROA
CALLE 21 NUM 2027
CAGUAS, PR 00725

LUIS R DIAZ MERCED
URB VILLA NUEVA
CALLE NUM 4 P 7
CAGUAS, PR 00727

ORO CENTRO EXPRESS INC
CALLE UCAR 3502
HACIENDA BORINQUEN
CAGUAS, PR 00725

USAA
10750 MCDERMOTT FWY
SAN ANTONIO, TX 78288-0570

LUIS SANTANA
PO BOX 982
CAGUAS, PR 00726

RAFAEL HERNANDEZ CARABALLO
URB VILLA DEL CARMEN
AVE LUIS MUNOZ MARIN B-42
CAGUAS, PR 00725

YARIMAR SANTIAGO
URB VILLA ESPERANZA
CALLE ESPERANZA NUM 195
CAGUAS, PR 00725

M AND M DEVELOPERS GROUP INC
PO BOX 4960
SUITE 163
CAGUAS, PR 00726

RELIABLE FINANCIAL
PO BOX 21382
SAN JUAN, PR 00928-1382

YONG PING WU
URB PASEO LOS ARTESANOS
NUM 157
LAS PIEDRAS, PR 00771-1000

MARLON E DIAZ
HC 05 BOX 52683
CAGUAS, PR 00725

SCOTIABANK
250 ROYALL STREET
CANTON, MA 02021

MATILDE LIZARDO PALMERO
URB TURABO GARDENS
CALLE 33 R 73
CAGUAS, PR 00725

SELECT MANAGEMENT RESOURCES LLC
3440 PRESTON RIDGE RD
SUITE 500
ALPHARETTA, GA 30005

MILTON FLORES Y ASOCIADOS CSP
CONDADO MODERNO
CALLE NUM 1  B 6
CAGUAS, PR 00725

SELECT PORTFOLIO SERVICING INC
PO BOX 65250
SALT LAKE CITY, UT 84165-0250

MOREDA AND MOREDA
PO BOX 366066
SAN JUAN, PR 00936-6066

SHANNANS PUB CORPORATION
420 PONCE DE LEON AVE
SUITE 309
SAN JUAN, PR 00918-3403

MUNICIPIO AUTONOMO DE CAGUAS
APARTADO 907
CAGUAS, PR 00726

SHARON Y PEREZ MELENDEZ
URB VILLA NUEVA
CALLE 4 P 9
CAGUAS, PR 00727

7/3/2016                                    Debt Helper: Online Bankruptcy Counseling Course, Start Here.



# Bankruptcy Courses
Credit Card Management Services Inc. *

❓ FAQ    🔒 Attorney Login

**Testimonios**

*Rickman & Associates, PC strives to provide the highest quality of service to each and every client. This is why we recommend our clients complete the required debt education*

# SignUp: Complete

Print this page...

## JORGE AZIZE

Usted acaba de éxito registrado para s en línea DebtHelper.com «quiebra con anterioridad a la presentación del Programa de Asesoramiento de Crédito. Nuestro programa está autorizado para la expedición de certificados que acrediten la realización de asesoría de crédito de conformidad con el Código de Quiebras. La aprobación no garantiza ni asegura la calidad de los servicios del Proveedor.

A continuación se muestra su nombre de usuario y contraseña para uso futuro. Por favor imprima esta para su registro y guárdelo en un lugar seguro.

|  |  |
|---|---|
| Su ID de usuario es : | jao2630@gmail.com |
| Su contraseña es : | ja3366 |
| Código de seguridad: | 101JA8375 |

Una vez que inicie su período de sesiones que será capaz de entrar y salir cuando sea necesario.

Haga clic aquí para iniciar sesión ahora:    Login

We wish you luck and much success!



Please contact our support department at bkhelper@DebtHelper.Com if you experience any problems with the program.

* Approved to issue certificates evidencing completion of credit counseling or a personal financial management instructional course in compliance with the Bankruptcy Code. Approval does not endorse or assure the quality of the Provider's services.

Copyright© 2014 Credit Card Management Services [ All Rights Reserved ]

Stay Connected

  

7/3/2016                          Debt Helper: Online Bankruptcy Counseling Course, Start Here.





# Bankruptcy Courses

Credit Card Management Services Inc.

**Testimonios**

*I really like your services- very fast. Appreciate it!*

***Attorney Eviana Martin***

---

Recibo de consejería de su Pre-Declaración para Bancarrota (PRE-PETITION BANKRUPTCY)

Instrucciones para la obtención de su certificado de finalización

**Querido(a) JORGE AZIZE**

En nombre de todos en Debthelper.com, Queremos darle las gracias por utilizar nuestro asesoramiento por Internet de Consejería de Crédito!

**Clientes habituales y con DIFICULTADES:** Por favor, continúe a la sección de pago a continuación y usted podrá completar el pago de la consejería. Nosotros le enviaremos su certificado(s) a la dirección de correo electrónico que nos dio en el registro y también le enviaremos el certificado a su abogado / paralegal si usted indico la información de su abogado/paralegal durante la registración. Si usted desea tener su certificado enviado a otros correos también, nos puede mandar instrucciones de donde quiera que lo mandemos (tal como cualquiera otra pregunta o instrucción) a bkhelper@debthelper.com o nos puede llamar al 1-800-920-2262. Por favor tenga su número de usuario y contraseña a mano para poder hacer referencia a su cuenta con su solicitud. Fecha y hora de los Certificados: La fecha y hora de su certificado será la fecha y la hora aproximada cuando la parte de la interacción y la información que falte para su sesión de asesoramiento se ha completado. Además, no hay ningún cargo para ofrecerle un reemplazo o un certificado de revisión, si el certificado se vence o necesita uno de reemplazo.

**PRO BONO, O SI LA CORTE HA RENUNCIADO EL COSTE DE SOMETER SU PETICION:** Si su abogado / paralegal le está proporcionando el servicio de la bancarrota de forma gratuita, o si la corte está renunciando su cuota de registración, por favor escriba su número de usuario en la documentación que demuestra esta renuncia y por favor de enviar por fax al número: 1-866-561-2622, **Atención BK Departamento de Exenciones**. También se puede enviar el documento por correo electrónico a bkhelper@debthelper.com LOS MAS PRONTO POSSIBLE, para que podamos evaluar correctamente su renuncia del costo para este curso. Una vez que recibimos la documentación, simplemente le enviaremos el certificado (s) a su correo electrónico, o a la dirección de correo si usted no suministro un correo electrónico cuando se registro. Si tenemos algunas preguntas sobre la documentación, lo llamaremos y entonces le mandaremos su certificado. Fecha y hora de los Certificados: La fecha y hora de su certificado será la fecha y la hora aproximada cuando la parte de la interacción y la información que falte para su sesión de asesoramiento se ha completado.

| Chapter Description | Time Required (HH:MM:SS) | Time Spent (HH:MM:SS) | Status | |
|---|---|---|---|---|
| 1. Creación de un Presupuesto | 00:05:00 | 00:31:22 | Completo | Ir a... |
| 2. Su Presupuesto | 00:11:00 | 00:27:24 | Completo | Ir a... |
| 3. Alternativas a la Bancarrota | 00:04:00 | 00:19:51 | Completo | Ir a... |
| Total : | 00:20:00 | 01:18:37 | | |

Por favor, complete nuestra evaluación a continuación, su entrada nos ayudara a mejorar y ser más eficientes en su servicio. Gracias.

Evaluación del Curso Online

DEBTHELPER.COM
1-800-920-2262
Business Hours: M-TH: 9AM – 9PM | F: 9AM – 7PM | SA: 10AM – 7PM
(TIEMPO ESTE)

Logout